**FILED**

JUL 15 2002

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

ALFRED BONE SHIRT, et al., )
)
    Plaintiffs, )
)
    v. ) Civil Action No. 01-3032
)
JOYCE HAZELTINE, et al., )
)
    Defendants. )
)

ORDER

Upon consideration of the Joint Stipulations of Attorneys' Fees and Costs, and for good cause shown, it is ORDERED that the stipulations are approved. The plaintiffs shall recover from the defendants their attorneys' fees, costs, expenses and taxes in the amount of $25,750.00.

DONE, this 15th day of July, 2002.

KAREN E. SCHREIER
United States District Judge