UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | | |
|---|---|---|
| ALFRED BONE SHIRT; BELVA BLACK LANCE; BONNIE HIGH BULL; and GERMAINE MOVES CAMP, | ) ) ) ) | CIV. 01-3032-KES |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER GRANTING DEFENDANTS' APPLICATION |
| JOYCE HAZELTINE, in her official capacity as Secretary of the State of South Dakota; SCOTT ECCARIUS, in his official capacity as Speaker of the South Dakota House of Representatives; SOUTH DAKOTA HOUSE OF REPRESENTATIVES; ARNOLD BROWN, in his official capacity as President of the South Dakota Senate; and SOUTH DAKOTA SENATE, | ) ) ) ) ) ) ) ) ) ) ) | FOR ATTORNEY FEES |
| Defendants. | ) | |

In an order dated April 17, 2004, this court held that defendants, pursuant to Federal Rule of Civil Procedure 37(c), were entitled to reasonable attorney fees and expenses incurred for bringing their motion to compel discovery against plaintiffs. On May 7, 2004, defendants submitted an affidavit of their attorney, John P. Guhin, detailing his attorney fees. The total attorney fees incurred, according to the affidavit, equals $348. Plaintiffs did not respond to the motion.

Pursuant to Federal Rule of Civil Procedure 54, a party may request an "opportunity for adversary submissions with respect to the motion" by submitting affidavits, as provided in Rule 43(e). Local Rule 54.1 requires "[o]bjections to an allowance of fees must be filed within ten days after service on the party against whom the award of attorney's fees is sought." More than

ten days have passed since defendants' application was filed. Because plaintiffs have not objected to defendants' motion and have not requested an opportunity to provide adversary submissions, defendants' application is granted. The court finds that the number of hours and the hourly rate requested by defendants is reasonable. Plaintiffs are ordered to pay defendants $348 in reasonable attorney fees.

Dated June 22, 2004.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE