UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| ALFRED BONE SHIRT; BELVA BLACK LANCE; BONNIE HIGH BULL; and GERMAINE MOVES CAMP,<br><br>    Plaintiffs,<br><br> vs.<br><br>JOYCE HAZELTINE, in her official capacity as Secretary of the State of South Dakota; SCOTT ECCARIUS, in his official capacity as Speaker of the South Dakota House of Representatives; SOUTH DAKOTA HOUSE OF REPRESENTATIVES; ARNOLD BROWN, in his official capacity as President of the South Dakota Senate; and SOUTH DAKOTA SENATE,<br><br>    Defendants. | CIV. 01-3032-KES<br><br><br><br>JUDGMENT |

Pursuant to the Memorandum Opinion and Order dated September 15, 2004, and the Remedial Order dated August 18, 2005, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is issued in favor of plaintiffs and against defendants.

1

IT IS FURTHER ORDERED that costs shall hereinafter be taxed by the Clerk in favor of plaintiffs and against defendants.

Dated August 18, 2005.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        UNITED STATES DISTRICT JUDGE