FILED

DEC 27 2006

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| ALFRED BONE SHIRT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 01-3032 |
| CHRIS NELSON et al., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the joint motion for entry of a consent order regarding attorneys' fees and expenses, and for good cause shown, it is

ORDERED that the joint motion for entry of consent order regarding attorneys' fees and expenses is granted.

IT IS FURTHER ORDERED that the plaintiffs are awarded attorneys' fees, taxes and expenses in the amount of $35,000.00.

IT IS FURTHER ORDERED that the plaintiffs shall submit any claim for recovery of expert witness fees by December 15, 2006.

Dated December 27, 2006.

KAREN E. SCHREIER
CHIEF JUDGE