# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-2145

Alfred Bone Shirt, et al.,

Appellants

v.

Joyce Hazeltine, in her official capacity as Secretary of State of the State of South Dakota, et al.,

Appellees

---

Appeal from U.S. District Court for the District of South Dakota
(3:01-cv-03032-KES)

---

## MANDATE

In accordance with the opinion and judgment of May 05, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 27, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit